# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
ILANN M. MAAZEL
ERIC HECKER
MARIANN MEIER WANG
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DIANE L. HOUK
ELIZABETH  S. SAYLOR
DEBRA L. GREENBERGER
EISHA JAIN
ADAM R. PULVER
ZOE SALZMAN

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA
NEW YORK, NEW YORK  10019

TELEPHONE
(212) 763-5000
TELECOPIER
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

September 13, 2010

**By ECF**

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Brian McNamee v. Roger Clemens,* 09-cv-01647(SJ)(CLP)

Dear Judge Johnson:

We represent plaintiff Brian McNamee in the above-referenced action and write to provide citations for the cases we mentioned during oral argument on September 8.  As detailed during the discussion about this Court's assertion of specific jurisdiction pursuant to CPLR 302(a)(1), because the "transaction of business" requirement under CPLR 302(a)(1) is not limited to the execution of contracts, the fact that the underlying contract may have dealt—in part—with illegal matters is wholly irrelevant to the jurisdictional analysis: *Madden v. International Ass'n of Heat*, 889 F.Supp. 707, 710 (S.D.N.Y. 1995) (citing cases and defining the transaction of business "to encompass more than profit-seeking activities" and include "some purposeful activity in this State in connection with the matter in suit"); *Cohen v. Haberkorn*, 30 A.D.2d 530, 530 (1968) (CPLR 302(a)(1) jurisdiction where patient entered New York to receive medical treatment).

Thank you very much for your consideration.

Very truly yours,

_____/s/_____
Richard Emery
Debra Greenberger

C:     Joe Roden, counsel for defendant, via ECF
       Evan Glassman, counsel for defendant, via ECF