**RUSTY HARDIN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
5 HOUSTON CENTER
1401 McKINNEY, SUITE 2250
HOUSTON, TEXAS 77010-4035
(713) 652-9000
FAX (713) 652-9800
www.RustyHardin.com

| | |
|---|---|
| RUSTY HARDIN<br>TERRY KERNELL<br>BOB GALATAS<br>JOE RODEN<br>ANDY DRUMHELLER*<br>*BOARD CERTIFIED IN CRIMINAL LAW<br>BY TEXAS BOARD OF LEGAL SPECIALIZATION | DEREK HOLLINGSWORTH<br>RYAN HIGGINS<br>MARCIE McFARLAND<br>CRIS FELDMAN<br><br>OF COUNSEL<br>LARA HOLLINGSWORTH |

February 11, 2011

The Honorable Sterling Johnson, Jr.                         By Facsimile and ECF
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *McNamee v. Clemens*; No. 09-CV-1647 (EDNY) (SJ) (CLP)

Dear Judge Johnson:

      I am counsel for Roger Clemens in the above-referenced case. Counsel for Plaintiff Brian McNamee and I are writing to seek clarification regarding the stay of this case that the Court granted on February 3, 2011.

      Both parties understand and agree that the stay covers all potential filings and discovery, including Clemens's answer and a motion to disqualify Clemens's counsel that McNamee intends to file. The parties also understand and agree that Clemens will not default, and neither side will waive any arguments or defenses, by waiting until after the next status conference on September 22, 2011 to answer or assert arguments and defenses. If our understandings and agreements are inconsistent with the Court's intent in granting the stay, please let us know and we will act accordingly.

      Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Joe Roden*                                                                             */s/ Debra Greenberger*
Joe Roden,                                                                                    Debra Greenberger
on behalf of William Roger Clemens                                      on behalf of Brian McNamee