AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Brian McNamee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   09-cv-1647 (SJ) (CLP) |
| William Roger Clemens | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Brian McNamee                                                                                          .

Date:     03/28/2011

/s/ Adam R. Pulver
*Attorney's signature*

Adam R. Pulver AP-1757
*Printed name and bar number*

Emery Celli Brinckerhoff & Abady LLP
75 Rockefeller Plaza, 20th Fl.
New York, NY 10019
*Address*

Apulver@ecbalaw.com
*E-mail address*

(212) 763-5000
*Telephone number*

(212) 763-5001
*FAX number*