## RUSTY HARDIN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
5 HOUSTON CENTER
1401 McKINNEY, SUITE 2250
HOUSTON, TEXAS 77010-4035
(713) 652-9000
FAX (713) 652-9800
www.RustyHardin.com

RUSTY HARDIN
TERRY KERNELL
ROB GALATAS
JOE RODEN
ANDY DRUMHELLER*
*BOARD CERTIFIED IN CRIMINAL LAW
BY TEXAS BOARD OF LEGAL SPECIALIZATION

DEREK HOLLINGSWORTH
RYAN HIGGINS
MARCIE McFARLAND
CRIS FELDMAN

_____

OF COUNSEL
LARA HOLLINGSWORTH

September 19, 2011

The Honorable Sterling Johnson, Jr.                       *By Facsimile and ECF*
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *McNamee v. Clemens*; No. 09-CV-1647 (EDNY) (SJ) (CLP)

Dear Judge Johnson:

I am counsel for Defendant William Roger Clemens in the above-referenced case. This case is set for a status conference on September 22, 2011 at 9:30 a.m.

On February 3, 2011, this Court granted the Defendant's unopposed motion to stay this civil case pending the conclusion of a criminal case against the Defendant in the United States District Court for the District of Columbia. The trial of the Defendant's criminal case began on July 5, 2011 and ended when a mistrial was granted on July 14, 2011. The district court has rescheduled Defendant's criminal trial for April 17, 2012.

Counsel for Plaintiff Brian McNamee and I are writing to seek clarification regarding the stay in this case. We understand and agree that the stay entered on February 3, 2011 will remain in effect until a verdict is returned in the Defendant's criminal trial. We also understand and agree that the stay covers all potential filings and discovery, including Defendant's answer and a motion to disqualify Defendant's counsel that Plaintiff intends to file. Finally, we understand and agree that Defendant will not default, and neither side will waive any arguments or defenses, by waiting up to but no longer than 45 days after the verdict is returned in Defendant's criminal trial to answer or assert arguments and defenses.

Please let us know if our understandings and agreements are unacceptable. If our understandings and agreements are acceptable, please let us know whether the Court will still hold the status conference on September 22, 2011. If so, we respectfully request permission to participate by telephone.

Honorable Sterling Johnson, Jr.
September 19, 2011
Page 2

Thank you for your attention to these matters.

Respectfully submitted,

Joe Roden,
on behalf of William Roger Clemens

Debra Greenberger,
on behalf of Brian McNamee