**RUSTY HARDIN & ASSOCIATES, LLP**
ATTORNEYS AT LAW
5 HOUSTON CENTER
1401 McKINNEY, SUITE 2250
HOUSTON, TEXAS 77010-4035
(713) 652-9000
FAX (713) 652-9800
www.RustyHardin.com

| | |
|---|---|
| RUSTY HARDIN | DEREK HOLLINGSWORTH |
| TERRY KERNELL | RYAN HIGGINS |
| BOB GALATAS | MARCIE McFARLAND |
| JOE RODEN | JENNY BREVORKA |
| CRIS FELDMAN | BOB WYNNE |
| ANDY DRUMHELLER* | |
| *BOARD CERTIFIED IN CRIMINAL LAW BY TEXAS BOARD OF LEGAL SPECIALIZATION | OF COUNSEL |
| | LARA HOLLINGSWORTH |

May 29, 2012

The Honorable Sterling Johnson, Jr.         *By Facsimile and ECF*
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *McNamee v. Clemens*; No. 09-CV-1647 (EDNY) (SJ) (CLP)

Dear Judge Johnson:

  Rusty Hardin and I represent Defendant Roger Clemens in the above-styled case.

  We are writing to respectfully request the May 31, 2012 status conference be adjourned until after the jury's verdict in the case styled *United States of America v. William Roger Clemens*.

  I have communicated with Debra Greenberger, counsel for Plaintiff Brian McNamee, regarding this request. Ms. Greenberger does not oppose rescheduling the status conference. Ms. Greenberg is available June 18, 20 or 27. Mr. Hardin and I are also available on those dates.

  Thank you for your consideration of this request.

               Respectfully submitted,

               Joe Roden /w/ permission Shannon Campbell
               Joe Roden
               *Admitted Pro Hac Vice*

cc: Mr. Richard Emery
   Ms. Debra Greenberger
   *By ECF*