**RUSTY HARDIN & ASSOCIATES, LLP**

ATTORNEYS AT LAW
5 HOUSTON CENTER
1401 McKINNEY, SUITE 2250
HOUSTON, TEXAS 77010-4035
(713) 652-9000
FAX (713) 652-9800
www.RustyHardin.com

RUSTY HARDIN
BOB GALATAS
JOE RODEN
DEREK HOLLINGSWORTH
MARCIE McFARLAND
ANDY DRUMHELLER*

*BOARD CERTIFIED IN CRIMINAL LAW
BY TEXAS BOARD OF LEGAL SPECIALIZATION

RYAN HIGGINS
CRIS FELDMAN
JEREMY MONTHY
JENNY BREVORKA
BOB WYNNE

OF COUNSEL
LARA HOLLINGSWORTH

June 21, 2012

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*By Facsimile and ECF*

Re: *McNamee v. Clemens*; No. 09-CV-1647 (EDNY) (SJ) (CLP)

Dear Judge Johnson:

Rusty Hardin and I are counsel for Defendant William Roger Clemens in the above-referenced case. We are writing to inquire if we may participate by telephone in the June 27, 2012, 9:30 a.m. status conference. We are in Houston, Texas and would prefer to participate by telephone, but stand ready to travel to New York if that is the Court's preference. Counsel for Plaintiff Brian McNamee does not oppose this request to participate by telephone.

Thank you for your attention to this matter.

Respectfully submitted,

Joe Roden
*Admitted Pro Hac Vice*

cc: Mr. Richard Emery
Ms. Debra Greenberger
*By ECF*