US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 6/27/12

TIME SPENT:_____

DOCKET NO. _09 CW 1647_____

CASE: __McNamee v Clemens_____

_✓_ INITIAL CONFERENCE _____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE _____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE _____ TELEPHONE CONFERENCE
____ MOTION HEARING _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

_____ COMPLETED _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR____ _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____ DEF. TO SERVE PL. BY:_____

**RULINGS:**

Answer due 8/2

Parties to confer on issues remaining
in case and to review document
question with government

Conference 9/7 at 1000

US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 6/27/12

TIME SPENT:_____

DOCKET NO. _09 CW 1647_____

CASE: _McNamee v Clemens_____

✓ INITIAL CONFERENCE          _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE    _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE   _____ TELEPHONE CONFERENCE
_____ MOTION HEARING          _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY_____

_____ NEXT CONFERENCE SCHEDULED FOR_____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY:_____        DEF. TO SERVE PL. BY:_____

**RULINGS:**
Answer due 8/2
Parties to confer on issues remaining
in case and to review document
question with government
Conference 9/7 at 1000